# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

| | |
|---|---|
| Kenneth Charles Elmore, III, | Case No. 4:25-cv-06022-RMG |
| Plaintiff, | |
| v. | **ORDER** |
| Unknown Defendant(s), | |
| Defendant. | |

Before the Court is the Report and Recommendation (R & R) of the Magistrate Judge recommending that the Court summarily dismiss Plaintiff's case. (Dkt. No. 12). Plaintiff, a pro se litigant, was directed by the Magistrate Judge to bring his case into proper form and given the opportunity to file an amended complaint. (Dkt. No. 5).

Plaintiff listed a nonsensical address in his complaint. (Dkt. No. 1 at 2). However, Plaintiff provided another address on his proposed summons form (Dkt. No. 2 at 1) and the Proposed Form Order was mailed to that address and returned as undeliverable. (Dkt. No. 9). The Proposed Form Order was remailed to an address Plaintiff had provided in another case (2:25-cv-03890-RMG) and it was again returned as undeliverable. (Dkt. No. 11). The R & R was also returned as undeliverable. (Dkt. No. 14). Plaintiff was advised by the Magistrate Judge that he had the affirmative duty to update any change of address in writing to the Clerk. (Dkt. No. 5 at 5). Plaintiff has failed to update his address with the Court, respond to the Magistrate Judge's Proper Form Order, or file objections to the R & R.

The Court finds that the Magistrate Judge accurately sets forth the proper legal standard for a failure of Plaintiff to bring the complaint into proper form and correctly concluded that the

1

case is subject to dismissal without prejudice. Consequently, the Court **ADOPTS** the R & R of the Magistrate Judge (Dkt. No. 12) as the order of the Court and dismisses this action without prejudice.

    **AND IT IS SO ORDERED.**

                                                  s/Richard M. Gergel
                                                  Richard Mark Gergel
                                                  United States District Judge

October 15, 2025
Charleston, South Carolina